## LESSLIE v. CAROLINAS CORP.

No. 31 P 82.

Case below: 55 N.C. App. 267.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

## McCALL v. HARRIS

No. 54 P 82.

Case below: 55 N.C. App. 390.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

## McKEE v. SPINNING COMPANY

No. 168 PC.

Case below: 54 N.C. App. 558.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 March 1982.

## McLEAN v. SALE

No. 181 PC.

Case below: 54 N.C. App. 538.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 March 1982. Cross petition by plaintiff for writ of certiorari on the issue of punitive damage denied 3 March 1982.

## MOORE v. INSURANCE CO.

No. 160 PC.

Case below: 54 N.C. App. 669.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.